UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  CASE NO. 09-35791
RYAN ANDREW BAKER  Chapter 7
ANNA MARIA BAKER,
    Debtors.

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Comes now Gary D. Boyn, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-captioned Debtors.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtors and adopt the same as my preliminary inventory; specifically, I have received Debtors' 2009 income tax refund.

3. The above monies were deposited in a certain account at The Bank of New York Mellon.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Respectfully Submitted,

/s/ Gary D. Boyn
Gary D. Boyn, Trustee
121 W. Franklin St., Suite 400
Elkhart, IN 46516
(574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 29th day of April, 2010:

U.S. Trustee's Office:  USTPRegion10.SO.ECF@usdoj.gov
Michael K. Banik:  banikandrenner@aol.com

/s/ Gary D. Boyn